People v Bess

2026 NY Slip Op 03318

May 27, 2026

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,

v

Curtis Bess, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department

Decided on May 27, 2026

2013-06162, (Ind. No. 2152/13)

Mark C. Dillon, J.P.

Cheryl E. Chambers

Deborah A. Dowling

Barry E. Warhit, JJ.

Curtis Bess, Ossining, NY, appellant pro se.

Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove and Jean M. Joyce of counsel), for respondent.

Patricia Pazner, New York, NY (Denise A. Corsi of counsel), former appellate counsel.

[*1]

DECISION & ORDER

Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated September 21, 2016 (People v Bess, 142 AD3d 1098), affirming a judgment of the Supreme Court, Kings County, rendered May 22, 2013.

ORDERED that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).

DILLON, J.P., CHAMBERS, DOWLING and WARHIT, JJ., concur.

ENTER:

Darrell M. Joseph

Clerk of the Court